

**FILED**

JUL 11 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Robin A. Flippin #213481
(Name of Plaintiff)
500 Union Ave
(Address of Plaintiff)
Fairfield, California 94533
Solano County Jail

2:13-cv-1381 KJN (PC)
(Case Number)

vs.

COMPLAINT

City of Vallejo

Vallejo Police Department

Officer Sean Kenney
(Names of Defendants)

I. Previous Lawsuits:

　A. Have you brought any other lawsuits while a prisoner:　☑ Yes　☐ No

　B. If your answer to A is yes, how many?: ___1___  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

　　1. Parties to this previous lawsuit:

　　　Plaintiff  Robin A. Flippin

　　　Defendants  County of Solano
　　　　　　　　　　Sheriff Department

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983　　　　　Rev'd 5/99

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

ON 4-9-12 Approx: 12:30 our Home was shot-up By four suspects in a Blk vehicle with Red Decals with over 20 to 30 Rounds Through our Kitchen window my wife was Grazed by Bullet Fragments or Debris on her upper back she called 911 Due to being shaken-up I spoke to 911 Dispatch she initially asked me had any one been shot I told her my wife may have gotten Grazed by Debris Then she asked was my wife Bleeding I told her No there was No Blood the 911 told me to come out the House I told them I would Not Leave my wife Due to her being overly nervous & her being Diabetic

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want This to be brought out Investigated and Award my family for the Abuse we endured since April 9 2012 I would like my family to be Awarded 5 million Dollars because the Vallejo Police Department is employed by the city of Vallejo an They violated our United States Constitutional Rights

Signed this  6  day of  July            , 20 13 .

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

July 6 2013                          _____
(Date)                                (Signature of Plaintiff)

At this Time the Police officer Sean Kenney began Calling me Out on the Loud Speaker/Police Car P.A. System About Several Times me & my 10yr Daughter Came Out Together with our Hands Raised. My Daughter was Placed in the same Car as her Grandma Carolyn Hansborough by ofc Wylie And ofc Sean Kenney Instructed & Placed Handcuffs on me & Placed me in his Squad Car about Several minutes later my wife Came out the House Barely She was eventually Placed in Ambulance Checked-Out For Any Injuries there was None I Saw Several officers Rush into 500 Grennan to Search For 5-10 minutes then Hurry-Out to the neighbors House where they kicked in the Door And Brought him, his Friend & his young son Out Placing him Eric burton in Cuffs then officer Kenney said he Knew thier was a AK 47 in the House By an Informant And Could he Search the House/he had in his hand a "Consent to Search Form" I told him he could not Search Again he was Putting me Back in the Car so I told him he could not ask my mother-in-law Carolyn Hansborough Because she had "Dementia" he Instantly went to The Car in Front where she was at And I began Questioning her. I seen him hand her the same Form he tried to Get me to Sign then I seen them Go Back into our Home Coming Out with a Green Duffel bag I was Later Transported to Vallejo Police Dpmt and Then to Solano County Jail And Told they had Found a AK-47 and Some Ammunition So the Charged me with Several Charges They Never Investigated Our House Getting Shot-up A week to 10 Days Later our House Got Shot-up again and when my wife went to the Vallejo Police Department to File A Complaint they Delay her And told her She Could Not Get a Police Report For Insurance Purposes The Same officer Sean Kenney Called her on her Cell Phone To Harass Her even though they Violated Our United States Constitutional Rights with a Illegal Search-N-Seizure my Bail was Jacked up to $390,000 even though No One in our HouseHold Gave them Permission to Search my wife had Power of Attorney Over her mother Affairs She went to An Attorney Diane P. Evans to Get a Transfer Durable Trust Deed as well As Power of Attorney In 2008 this Same officer Targetted me And Charged with A Assualt (245) Falsefied Police Re

Reports, obsessive abuse, and in 2012 killed a young black man with over 30 rounds which was very questionable all my arrest have been by this same officer and I have had the same District Attorney on every case Denise Harrison which I believe is unheard of I finally got a attorney Susan G. Kauffman who filed a motion to suppress the weapon but am still faced with a possible trial.

My family have had to sale the family home and move out of state because my wife, daughter, and mother-in law feared for thier life and was told by this same officer they should move they were left with only one option to relocate I will be sueing them for 5 million dollars for violating our civil rights, failing to investigate, harassment, falsifying a police report & failing to file second house shooting, character assination, veiled threats.

They came out in the city newspaper Times-Herald I was arrested for a string of shootings which was false which have embarassed my wife's family because the lies that were told to that newspaper reporter Irma Wojojo This is has been my living hell for 16 mouths.

Robin Flippin

*Robin Flippin*

2. Court (if Federal Court, give name of District; if State Court, give name of County)

   SOLANO COUNTY

3. Docket Number  FCS 040705

4. Name of judge to whom case was assigned  D. Scott DANIELS

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   Dismissed

6. Approximate date of filing lawsuit  OCT 30, 2012

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?  ☑ Yes   ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
                                                                    ☐ Yes   ☑ No
      If your answer is no, explain why not _____

   C. Is the grievance process completed?                            ☐ Yes   ☑ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

   A. Defendant  SEAN KENNEY  is employed as  Police officer
                              at  CITY of VALLEJO

   B. Additional defendants  Officer Greenovey, officer wylie