1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBIN A. FLIPPIN,                              No.  2:13-cv-1381 KJN P

12                    Plaintiff,

13        v.                                        ORDER

14   CITY OF VALLEJO, et al.,

15                    Defendants.

16

17        Plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C.

18   § 636(c).  By order filed June 4, 2014, plaintiff was ordered to show cause, within twenty-one

19   days, why this action should not be dismissed.  The twenty-one day period has now expired, and

20   plaintiff has not shown cause or otherwise responded to the court's order.

21        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

22   See Local Rule 110; Fed. R. Civ. P. 41(b).

23   Dated:  August 22, 2014

24

25   /flip1381.fsc                                  KENDALL J. NEWMAN
                                                    UNITED STATES MAGISTRATE JUDGE
26

27

28

                                            1